## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**KENNETH WEBBER**                                        **CIVIL ACTION**

**VERSUS**                                                **NO. 25-354-JWD-RLB**

**STATE FARM**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 4, 2026 (Doc. 25), to which no objection was filed;

**IT IS ORDERED** that Defendants' Motion to Dismiss (Doc. 12) is **GRANTED IN PART and DENIED IN PART,** dismissing Defendant Jon Farney **WITH PREJUDICE,** with State Farm remaining as a defendant in this case.

**IT IS FURHTER ORDERED** that the Motion to Deny the Motion to Dismiss (Doc. 17) and Plaintiff's two motions for summary judgment (Docs. 19 and 20) are **DENIED**.

Signed in Baton Rouge, Louisiana, on February 19, 2026.

_____

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**